## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

**JENNIFER KING, individually and on behalf of all others similarly situated,**

   **Plaintiff,**

**v.**                **Case No. 19-cv-00429-CVE-JFJ**

**CLASSIC CHEVROLET, INC., an Oklahoma corporation,**

   **Defendant.**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock and states that there is no such corporation.

Classic Chevrolet, Inc., an Oklahoma corporation
         [name of party]

who is a Defendant in this action, makes the following disclosure:

1.  **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES  ☒ NO

2.  **Does party have any parent corporations?**

   (Check one) ☐ YES  ☒ NO

 If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3.  **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES  ☒ NO

If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES  ☒ NO

5. **Is party a trade association?**

   (Check one)  ☐ YES  ☒ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

Dated: August 29, 2019

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

By: _s/John T. Richer_____
Mark Banner, OBA #13243
John T. Richer, OBA #19554
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
Email:  mbanner@hallestill.com
Email:  jricher@hallestill.com

**ATTORNEYS FOR CLASSIC CHEVROLET, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of August, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

Mark A. Waller
J. David Jorgenson
Waller Jorgenson, PLLC
401 S. Boston, Suite 500
Tulsa, OK 74103

Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1stAvenue, Suite 1205
Miami, Florida 33132


*/s John T. Richer*