## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JENNIFER KING,** | |
| **Plaintiff,** | |
| v. | Case No. 19-CV-0429-CVE-JFJ |
| **CLASSIC CHEVROLET, INC.,** | |
| **Defendant.** | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant, Classic Chevrolet, Inc. ("Defendant"), by and through its attorneys of record, John T. Richer and Mark Banner, of the law firm of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., Tulsa, Oklahoma, pursuant to LCvR 83.2 and 83.3 moves this Court to admit Cory W. Eichhorn of the law firm Holland & Knight LLP to practice *Pro Hac Vice* for the duration of this case. In support of this Application, Defendant would show the Court as follows:

1. That John T. Richer, OBA #19554 and Mark Banner, OBA #13243, of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., 320 S. Boston Avenue, Suite 200, Tulsa, Oklahoma 74103-3706, are counsel for Defendant in the above captioned matter.

2. That John T. Richer and Mark Banner are a residents of the State of Oklahoma, duly admitted to practice in Oklahoma Courts, and are members in good standing of this bar.

3. That Cory W. Eichhorn attended the University of Miami School of Law and received his J.D. in May, 2002.

4. That Cory W. Eichhorn is admitted to practice law in the following courts:

   All Florida State Courts
   Western District of Texas
   U.S. Court of Appeals for the First Circuit
   U.S. Court of Appeals for the Ninth Circuit
   U.S. Court of Appeals for the Eleventh Circuit
   U.S. District Court for the Middle District of Florida
   U.S. District Court for the Northern District of Florida
   U.S. District Court for the Southern District of Florida

and is admitted to practice before those courts listed on his Request for Admission *Pro Hac Vice* attached as Exhibit "1", to this Application.

5. That Cory W. Eichhorn is a member in good standing of the highest court of the state where he resides, or is licensed, and is a member of good standing of all bars of which he is a member; further, his license has never been suspended or revoked.

6. That Cory W. Eichhorn would state that his business address and telephone number is: Holland & Knight LLP, 701 Brickell Avenue, Miami, FL 33131; Telephone: (305) 789-7576; Facsimile: (305) 789-7799.

7. That Cory W. Eichhorn does not reside in the Northern District of Oklahoma, he is not regularly employed in this district, and is not regularly engaged in the practice of law in this district.

WHEREFORE, premises considered, Defendant Classic Chevrolet, Inc., requests that this Court allow Cory W. Eichhorn to appear *Pro Hac Vice* on behalf of Defendant throughout the duration of this case.

Dated February 26, 2020

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

By: *s/John T. Richer*
Mark Banner, OBA #13243
John T. Richer, OBA #19554
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: mbanner@hallestill.com
Email: jricher@hallestill.com

**ATTORNEYS FOR DEFENDANT, CLASSIC CHEVROLET, INC.,**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of February, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

Mark A. Waller
J. David Jorgenson
Waller Jorgenson, PLLC
401 S. Boston, Suite 500
Tulsa, OK  74103
Email: djorgenson@wjwattorneys.com.
Email: mwaller@wjwattorneys.com

Ignacio J. Hiraldo
IJH Law
14 NE First Ave. 10th Floor
Miami, FL 33132
Email: ijhiraldo@ijhlaw.com

Michael Eisenband
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Email: MEisenband@Eisenbandlaw.com

Andrew J. Shamis
Shamis & Gentile, P.A.
14 NE 1st Ave., Suite 1205
Miami, FL  33132
Email: ashamis@shamisgentile.com

Manuel S. Hiraldo
Hiraldo P.A.
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com

              *s/ John T. Richer*